**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| SEARCH OF: ) | |
| ) | **ORDER** |
| Lloyd Counts III Residence, ) | |
| Northeast of Dunseith, North Dakota: ) | |
| Tribal Land, Hillside Township, Rolette ) | |
| County, 162 N, Range 72W, 1/4 NE, ) | |
| 1/4 NE, 1/4 NW, of Section 7 ) | Case No. 4:09-mj-017 |

_____

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of FBI Special Agent Ryan O'Neil, Search Warrant Return and Inventory, and the Government's Motion to Seal, are sealed until further order of the court

Dated this 2nd day of March, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge